IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DARYL CHARLES ALI,** :
:
    **Plaintiff** : **CIVIL ACTION NO. 3:CV-17-1171**
:
**v.** : **(Judge Caputo)**
:
**FCI ALLENWOOD,** *et al.,* :
:
    **Defendants** :

**O R D E R**

**AND NOW**, this **1st** day of **MARCH, 2018**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 61), it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 61) is **GRANTED**.

2. Judgment is entered in favor of Defendants: FCI-Allenwood; Mr. Kane; Mr. Sweithelm; Sarah Camp; Stacie Stone; Stephen Spaulding; Shannon Prutzman and Timothy Phirman.

3. Plaintiff's Motion Opposing Defendants' Summary Judgment Motion (ECF No. 65) is **DENIED**.

4. Plaintiff's Motion for a Temporary Restraining Order (ECF Nos. 23, 33, 44, and 45) are **DENIED**.

5. The Clerk of Court shall **CLOSE** this file.

                                  /s/ A. Richard Caputo
                                  **A. RICHARD CAPUTO**
                                  **United States District Judge**